# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No.  10-cr-00564-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     BRUCE ROBERT LUTZ,

        Defendant.

___

## MINUTE ORDER
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a status/scheduling hearing regarding Defendant Lutz is set **Thursday, December 16, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.


Dated:  December 6, 2010