**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00564-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     BRUCE ROBERT LUTZ,

      Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK


This will confirm that a hearing on pending motions is set **Wednesday, September 7, 2011, at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Defendant may appear by telephone.  Counsel is directed to advise Chambers of the telephone number (land line) where Defendant will be available.


Dated:  August 4, 2011

---