**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00564-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     BRUCE ROBERT LUTZ,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


This will confirm that Government's Motion to Convert Change of Plea Hearing to Status Conference (Doc 45 - filed October 3, 2011) is **GRANTED**.

This will further confirm that the change of plea hearing regarding Defendant Lutz is reset to **Tuesday, October 25, 2011, at 10:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present in person.



Dated:  October 4, 2011
_____