IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No.  10-cr-00564-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

BRUCE ROBERT LUTZ,

       Defendant.

_____

ORDER

_____

As set forth on the record during the October 25, 2011 change of plea hearing set in this matter, it is HEREBY ORDERED THAT:

1.  For the reasons stated on the record today in open court, I REJECT the parties' proposed Plea Agreement  pursuant to Fed. R. Crim. Pro.11(c)(5).

2.  A hearing is set for **Wednesday November 30, 2011 at 10:00 am** on the following pending motions filed by Defendant:  Motion for Discovery [Doc # 19]; Motion for Discovery of Expert Qualifications, Opinions and Bases for Expert Opinions [Doc #22]; Defendant's Request for Pretrial Notice of 404(b) Evidence [Doc # 23]; Motion to Dismiss Indictment Based Upon Commerce Clause Violation [Doc # 20]; and Motion *In Limine* Concerning the Constitutionality of 18 U.S.C. § 228(b)'s Statutory Presumption [Doc # 21].  A Final Pretrial Hearing is also set for **Wednesday November 30, 2011 at 10:00 am**.  In preparation for that hearing, the Government shall provide its:  proposed substantive jury instructions, with supporting authority

citations and in WordPerfect 13 format; witness list; exhibit list; and proposed *voir dire*

questions.  Defendant shall provide: any proposed special jury instructions, with supporting

authority citations and in WordPerfect 13 format; witness and exhibit lists if he wishes; and

proposed *voir dire* questions.  Defendant may appear at this motion/final pretrial hearing via

telephone.

4.  A four-day jury trial is scheduled to commence on **Monday, December 12, 2011 at**

**9:00 am.**

Dated:  October   25  , 2011 in Denver, Colorado.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE